IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY KORBY, *as Personal*    :        CIVIL ACTION
*Representative of the ESTATE OF*  :
*MICHAEL WAYNE KORBY, Deceased*  :        No. 25-4811
                       :
    v.                    :
                       :
FEDERAL EXPRESS CORPORATION  :
and FEDEX SUPPLY CHAIN, INC.     :

## <u>ORDER</u>

AND NOW, this 18th day of February, 2026, upon consideration of Plaintiff's Motion to Remand (Dkt. No. 11), Defendants' Motion to Dismiss for Improper Venue or Transfer (Dkt. No. 9), and the parties briefing—and for the reasons stated in the accompanying memorandum—it is **ORDERED** as follows:

1. The Motion to Remand (Dkt. No. 11) is **DENIED**;

2. The Motion to Dismiss or Transfer (Dkt. No. 9) **is GRANTED IN PART and DENIED IN PART**. The Motion to Dismiss is **DENIED** and the Motion to Transfer is **GRANTED**; and

3. The Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the District of Minnesota.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.